**Order entered August 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00123-CV

## IN THE INTEREST OF K.B., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-04995**

## ORDER

Before the Court is appellee's August 25, 2020 motion for additional extension of time to file his response brief. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than September 21, 2020.

/s/     KEN MOLBERG
JUSTICE